UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SYLVESTER WILLIAMS,

    Petitioner,

vs.

ALFONSO FERNANDEZ,

    Respondent.

No. C 11-3747 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case filed pro se by a state prisoner. On the day it was filed, the clerk sent petitioner a notice that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

A subsequent motion by petitioner for an extension of time to provide IFP materials was granted, extending the deadline to November 4, 2011, but that deadline has passed and petitioner still has not provided an IFP application or paid the filing fee. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 6, 2011.

                PHYLLIS J. HAMILTON
                United States District Judge

P:\PRO-SE\PJH\HC.11\WILLIAMS3747.DSM.wpd